In re Gibson, Donald et al.; Gibson, Huey P. Sr.; Gibson, Donald G. Sr.; Wim-berly, Billy R.; Gibson, Harold; Gibson, Barry L. Sr.; Gibson, Lana Sue; Flintroy, Lana Sue; Gibson, Jackie; Gilbert, Verne-sia M.; Williams, Donna; Wimberly, James H. Sr.; Gibson, Charles E.; — Plaintiffs); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. J, No. 02-02414; to the Court of Appeal, Fourth Circuit, No. 2003-C-1257.
Denied.